IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VINCE HARRIS, as personal representative of the Estate of William Harris III,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>JAY HUBBER, and ALIBI BAIL BONDS, LLC,<br><br>Defendants, Third-Party Plaintiffs and Counter-Plaintiffs,<br><br>CITY AND COUNTY OF BUTTE SILVER BOW,<br><br>Defendant and Third-Party Defendant. | CV 24–87–BU–DLC<br><br>ORDER |

Before the Court are Third-Party Defendant City and County of Butte-Silver Bow's Motions for Summary Judgment (Docs. 71, 75) and Defendant Jay Hubber and Alibi Bail Bonds, LLC's Motion to Compel Discovery Responses (Doc. 80). The Court set a hearing on these motions for September 29, 2026, at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

Accordingly, IT IS ORDERED that each party shall have 45 minutes for argument, irrespective of time spent answering questions posed by the Court.

DATED this 1st day of September, 2026.

Dana L. Christensen, District Judge
United States District Court