IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| VINCE HARRIS, as personal representative of the Estate of William Harris III,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>JAY HUBBER, and ALIBI BAIL BONDS, LLC,<br><br>Defendants, Third-Party Plaintiffs and Counter-Plaintiffs,<br><br>NICHOLAS JAEGER CRUM AND FORSTER INDEMNITY COMPANY, AND JOHN DOES 1-5,<br><br>Defendants,<br><br>CITY AND COUNTY OF BUTTE SILVER BOW,<br><br>Defendant and Third-Party Defendant. | CV 24–87–BU–DLC<br><br>ORDER |

Before the Court is Defendants and Third-Party Plaintiffs Jay Hubber's and Alibi Bail Bonds, LLC's ("Alibi") Unopposed Motion to Seal Exhibits J, K, L, M and N attached to their Statement of Disputed Facts (Doc. 90). (Doc. 101.) Hubber and Alibi contend that the exhibits contain confidential criminal justice information. (*Id.*)

Accordingly, IT IS ORDERED that the Motion (Doc. 101) is GRANTED. The Clerk of Court is directed to file Documents 90-10, 90-11, 90-12, 90-13, and 90-14 under seal.

DATED this 3rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court